UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-63169-CIV-SMITH

GRAHAM A. GIBSON,

    Plaintiff,

vs.

MICHAEL J. SATZ, ESQ., *et al.*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter came before the Court upon the Report of Magistrate Judge [DE 8], in which she recommends dismissing Plaintiff's Complaint pursuant to (1) 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous because it is barred by *Heck v. Humphrey*; and (2) § 1915(e)(2)(B)(ii) for failure to state a viable Thirteenth Amendment claim on which relief may be granted. Plaintiff has not filed any objections to the Report. Having reviewed, *de novo*, the Report and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Report of Magistrate Judge [DE 8] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Complaint is **DISMISSED**.

3) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 14th day of September, 2020.

                                                    RODNEY SMITH
                                                  UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record